IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TILLMAN T. HENDERSON,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>SCOTT FRAKES, and MICHELLE CAPPS,<br><br>　　　　　Respondents. | 4:19CV3022<br><br>**MEMORANDUM AND ORDER** |

　　This matter is before the court on its own motion. On June 1, 2020, Respondent filed copies of the six DVDs (filing no. 31) identified in the Supplemental Designation of State Court Records (filing no. 27) as directed by the court in its May 19, 2020 Memorandum and Order (filing no. 30). The court has reviewed the six DVDs and finds that the only evidence relevant to Petitioner's habeas claims on the disks has already been provided by Respondent. (*See* Filing No. 14-23 at CM/ECF pp. 56–57, 62.) Accordingly, the court will not rely on any of the DVDs in assessing Petitioner's habeas claims.

　　IT IS THEREFORE ORDERED that: The parties are advised that the court will not rely on any of the six DVDs identified in the Supplemental Designation of State Court Records, and this matter is deemed submitted.

　　Dated this 8th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge